■ In the Matter of PHILIP F. FOGLIA, Appellant, v JOHN C. KLOTZ et al., Respondents. In the Matter of VINCENT M. CAFARELLI et al., Appellants, v JOHN C. KLOTZ et al., Respondents.—Judgment, Supreme Court, Bronx County (Rosato, J.), entered on August 22, 1988, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kassal, J. P., Rosenberger, Ellerin, Wallach and Smith, JJ.

■ In the Matter of ELEANOR C. COLLINS et al., Appellants, v FERDINAND C. MARCHI et al., Constituting the Board of Elections, et al., Respondents.—Judgment, Supreme Court, Bronx County (Peter P. Rosato, J.), entered on August 22, 1988, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kassal, J. P., Rosenberger, Ellerin, Wallach and Smith, JJ.